**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

DANIEL GONZALEZ-AGUILERA,

      Petitioner,

      v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER,

      Respondent.

CIVIL ACTION NO.: 5:26-cv-796

**O R D E R**

Respondent filed a Motion to Dismiss on July 16, 2026.  Doc. 3.  Petitioner was to respond to this Motion on or before July 30, 2026, yet he has failed to do so.  Local R. 7.5 (allowing 14 days for response to motions to dismiss).  The Court **ORDERS** Petitioner to show cause why the Court should not grant Respondent's Motion as unopposed and dismiss this cause of action based on Petitioner's failure to follow this Court's Orders and Local Rules **on or before August 21, 2026**.  Petitioner can show cause by filing a response to the Motion to Dismiss or by informing the Court he does not oppose the Motion.  I **DENY as moot** Petitioner's Motion for Preliminary Review and Issuance of an Order to Show Cause, doc. 4.

**SO ORDERED**, this 11th day of August, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA