**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

DANIEL GONZALEZ-AGUILERA,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

CIVIL ACTION NO.: 5:26-cv-796

**ORDER**

Petitioner filed a Motion for Leave to File Response Out of Time. Doc. 7. Petitioner states that he has limited access to legal materials since he is detained and is proceeding pro se. Id. at 2. Upon review, the Court **GRANTS** Petitioner's Motion. The Court deems Petitioner's response to the motion to dismiss, doc. 6, to be timely filed.

**SO ORDERED**, this 5th day of October, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA